**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

STEVE DANBURY,

    Plaintiff,

v.

SANTANDER CONSUMER USA INC.,

    Defendant.

Case No. 1:18-cv-00078-TLS-PRC

**NOTICE OF SETTLEMENT**

Plaintiff, STEVE DANBURY, hereby notifies the Court that Plaintiff and Defendant, SANTANDER CONSUMER USA INC., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal.  The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

May 23, 2018

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Steve Danbury*