**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| STEVE DANBURY, | |
| Plaintiff, | |
| v. | Case No. 1:18-cv-00078-TLS-PRC |
| SANTANDER CONSUMER USA INC., | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without fees and/or costs to either party pursuant to Fed. R. Civ. P. 41.

July 19, 2018                                          Respectfully submitted,

*/s/ Joseph S. Davidson*                    */s/ Seth M. Erickson*

Joseph S. Davidson                           Seth M. Erickson
**SULAIMAN LAW GROUP, LTD.**       **TROUTMAN SANDERS LLP**
2500 South Highland Avenue              1 North Wacker Drive
Suite 200                                          Suite 2905
Lombard, Illinois 60148                       Chicago, Illinois 60606
+1 630-575-8181                               +1 312-759-5930
jdavidson@sulaimanlaw.com              seth.erickson@troutman.com

*Counsel for Steve Danbury*              *Counsel for Santander Consumer USA Inc.*

1